**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Benedicto Barahona-Ruano,<br>Petitioner,<br>v.<br>Luis Rosa, Jr., et al.,<br>Respondents. | No. CV-26-04208-PHX-DJH<br><br>**ORDER** |

On July 1, 2026, the Court entered judgment in Petitioner's favor in this 28 U.S.C. § 2241 action and directed Respondents (on their concession) to provide Petitioner a bond redetermination hearing within 7 days *or* release Petitioner. On July 20, 2026, Petitioner filed a Motion to Enforce (Doc. 11), stating no bond hearing had been held and Petitioner remained in custody.

On July 29, 2026, the Court ordered Respondents to file a response to Petitioner's Motion to Enforce; Respondents did so on July 30, 2026 (Doc. 13). On August 14, 2026, Petitioner filed a "Motion for Failure to Enforce Judgment, Failure to Execute Order" (Doc. 14).

In their July 30 Response, Respondents state Petitioner received a bond hearing on July 6, 2026, and attached the Immigration Judge's July 6, 2026 Order. In that Order, the Immigration Judge determined Plaintiff was a flight risk in light of his "recent battery conviction."

In his Motion for Failure to Enforce Judgment, Failure to Execute Order, Petitioner contends Respondents failed to comply with the Court's orders. However, Petitioner does not address Respondents' answer to the Motion to Enforce or the Immigration Judge's July 6, 2026 Order, nor does he claim the July 6, 2026 bond hearing was in some way constitutionally deficient.

The Court has reviewed Respondents' July 30 response and concludes Respondents adequately complied with the Court's July 1 Order, requiring Respondents to provide Petitioner a bond redetermination hearing, and the Court's July 29 Order, requiring Respondents to answer the Motion to Enforce.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Enforce Judgment (Doc. 11) and Motion for Failure to Enforce Judgment, Failure to Execute Order (Doc. 14) are **denied**.

Dated this 4th day of September, 2026.

Honorable Diane J. Humetewa
United States District Judge